ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dpfefferbaum@rgrdlaw.com
        – and –
DAVID W. MITCHELL (199706)
STEVEN M. JODLOWSKI (239074)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
sjodlowski@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWEEPSTAKES TODAY, LLC, Individually and on Behalf of All Others Similarly Situated, <br><br>   Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, ALPHABET INC. and YOUTUBE, LLC, <br><br>   Defendants. | Case No. 3:20-cv-08984 <br><br> <u>CLASS ACTION</u> <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

1    **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2       Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
3    named parties, there is no such interest to report.

4

5
                                            *s/ Daniel J. Pfefferbaum*
6                                    ATTORNEY OF RECORD FOR PLAINTIFF
                                     SWEEPSTAKES TODAY, LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – No.3:20-cv-08984                    - 1 -