UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SWEEPSTAKES TODAY, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, et al.,<br><br>Defendants. | Case No. 4:20-cv-08984-HSG<br><br>CLASS ACTION<br><br>[CORRECTED] ORDER DENYING PLAINTIFF SWEEPSTAKES TODAY, LLC'S ADMINISTRATIVE MOTION FOR EARLIER HEARING DATE |

4819-5300-8088.v1

1    On January 19, 2021, Plaintiff Sweepstakes Today, LLC respectfully moved for an earlier
2 hearing date on its Motion to Consolidate.
3    The Court, having considered the papers filed, hereby **DENIES** Plaintiff's
4 administrative motion, and reschedules the hearing previously set for April 8, 2021 to February 4,
5 2021 at 2:00 p.m. PST.
6    IT IS SO ORDERED.
7 DATED: 1/20/2021
8                            THE HONORABLE HAYWOOD S. GILLIAM, JR.
                             UNITED STATES DISTRICT JUDGE

DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

[CORRECTED] ORDER DENYING PLAINTIFF SWEEPSTAKES TODAY, LLC'S
ADMINISTRATIVE MOTION FOR EARLIER HEARING DATE - 4:20-cv-08984-HSG
4819-5300-8088.v1

- 1 -