1  [*COUNSEL INFORMATION LISTED ON SIGNATURE PAGES*]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION

10 | IN RE GOOGLE DIGITAL ADVERTISING   )
11 | ANTITRUST LITIGATION                )   Lead Case No.:  5:20-cv-03556-BLF
                                         )
12                                       )
                                         )
13 | DOCUMENT RELATES TO:                )
                                         )   **JOINT STIPULATION AND**
14 | *Sweepstakes Today, LLC v. Google LLC et al.*,   )   **[PROPOSED] ORDER REGARDING**
   | No. 5:20-cv-08984-BLF              )   **COMPLAINT RESPONSE**
15                                       )   **DEADLINES**
   | *Genius Media Group, Inc. et al. v.*   )
16 | *Alphabet Inc. et al.*, No. 5:20-cv-09092-BLF   )
                                         )
17 | *Sterling International Consulting Group v.*   )
   | *Google LLC*, No. 5:20-cv-09321-BLF   )
18                                       )
   | *Astarita v. Google LLC et al.*,   )
19 | No. 5:21-cv-00022-BLF              )
                                         )
20                                       )
   | *JLaSalle Enterprises LLC v. Google LLC*,   )
21 | No. 5:21-cv-00748-BLF              )
                                         )
22                                       )
   | *Mikula Web Solutions, Inc. v. Google LLC*,   )
23 | No. 5:21-cv-00810-BLF              )
                                         )
24                                       )
                                         )
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER                           CASE NO.: 5:20-CV-03556-BLF

Pursuant to Civil Local Rule 6-1(a), plaintiffs (i) Mark Astarita; (ii) Genius Media Group, Inc.; The Nation Company, L.P.; and The Progressive, Inc.; (iii) JLaSalle Enterprises LLC; (iv) Mikula Web Solutions, Inc.; (v) Sterling International Consulting Group; and (vi) Sweepstakes Today LLC; and Defendants Alphabet Inc., Google LLC, and YouTube LLC ("Google") stipulate as follows:

WHEREAS, the Court has ordered the "publisher plaintiffs" in cases 20-cv-08984-BLF, 20-cv-09092-BLF, 20-cv-09321-BLF, and 21-cv-00022-BLF to file a consolidated complaint no later than April 5, 2021, and has directed that consolidation efforts shall include any publisher plaintiffs in additional related cases but has reserved on the question of consolidation of the publisher and advertiser cases, respectively (Dkt. 89);

WHEREAS, the Court on February 9, 2021, ruled that case Nos. 21-cv-00748 and 21-cv-00810 are related to the case *In re Google Digital Advertising Antitrust Litigation*, No. 20-cv-03556-BLF;

WHEREAS, this stipulation will not alter the date of any event or deadline already fixed by Court order; and

NOW THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties through their respective counsel hereby stipulate as follows:

Defendants' deadlines to answer or otherwise respond the complaints filed in Case Nos. 20-cv-08984-BLF, 20-cv-09092-BLF, 20-cv-09321-BLF, 21-cv-00022-BLF, 21-cv-00748-BLF, and 21-cv-00810-BLF are vacated pending the filing of a consolidated publisher complaint. Defendants shall respond to a consolidated amended publisher complaint within 60 days of the filing of such complaint.

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | Dated: February 23, 2021 | Respectfully submitted, |
| 3 | | WILSON SONSINI GOODRICH & ROSATI |
| 4 | | Professional Corporation |
| 5 | | By: */s/ Justina K. Sessions* |
| | | Justina K. Sessions, State Bar No. 270914 |
| 6 | | One Market Plaza |
| 7 | | Spear Tower, Suite 3300 |
| | | San Francisco, California 94105 |
| 8 | | Telephone: (415) 947-2197 |
| | | Facsimile: (415) 947-2099 |
| 9 | | Email: jsessions@wsgr.com |
| 10 | | *Counsel for Defendants Google LLC,* |
| 11 | | *Alphabet Inc., and YouTube LLC* |
| 12 | Dated: February 23, 2021 | ROBBINS GELLER RUDMAN |
| | | & DOWD LLP |
| 13 | | DAVID W. MITCHELL |
| | | STEVEN M. JODLOWSKI |
| 14 | | |
| 15 | | By: */s/ David W. Mitchell* |
| | | DAVID W. MITCHELL |
| 16 | | 655 West Broadway, Suite 1900 |
| | | San Diego, CA  92101-8498 |
| 17 | | Telephone:  619/231-1058 |
| | | 619/231-7423 (fax) |
| 18 | | davidm@rgrdlaw.com |
| | | sjodlowski@rgrdlaw.com |
| 19 | | |
| 20 | | PAUL J. GELLER** |
| | | STUART A. DAVIDSON** |
| 21 | | Robbins Geller Rudman & Dowd LLP |
| | | 120 East Palmetto Park Road, Suite 500 |
| 22 | | Boca Raton, FL  33432 |
| 23 | | Telephone:  561/750-3000 |
| | | 561/750-3364 (fax) |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

John C. Herman*
  (GA Bar No. 348370)
Serina M. Vash**
  (NJ Bar No. 041142009)
HERMAN JONES LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326
Telephone:  (404) 504-6500
Facsimile:  (404) 504-6501
jherman@hermanjones.com
svash@hermanjones.com

*Counsel for Plaintiff Sweepstakes Today, LLC*

Dated: February 23, 2021        BOIES SCHILLER FLEXNER LLP

By: */s/ Philip C. Korologos*
Philip C. Korologos*
pkorologos@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

George A. Zelcs*
Robert E. Litan*
Randall P. Ewing*
Jonathon D. Byrer*
Ryan A. Cortazar*
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750 / Fax: (312) 641-9751
gzelcs@koreintillery.com
rlitan@koreintillery.com
rewing@koreintillery.com
jbyrer@koreintillery.com
rcortazar@koreintillery.com

Stephen M. Tillery*
Michael E. Klenov (277028)
Carol L. O'Keefe*
Jamie Boyer*
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844 / Fax: (314) 241-3525
stillery@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com
jboyer@koreintillery.com

David Boies*
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

Abby L. Dennis*
adennis@bsfllp.com
Jesse Panuccio*
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 895-7580 / Fax: (202) 237-6131

Mark C. Mao (236165)
mmao@bsfllp.com
Sean P. Rodriguez (262437)
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6820 / Fax: (415) 293-6899

Sabria A. McElroy*
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377 4216 / Fax: (954) 356-0022

*Counsel for Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

| | | |
|---|---|---|
| 1 | Dated: February 23, 2021 | BERGER MONTAGUE PC |
| 2 | | By: */s/ Michael C. Dell'Angelo* |
| 3 | | Eric L. Cramer* |
| | | Michael C. Dell'Angelo* |
| 4 | | Caitlin G. Coslett* |
| | | Patrick F. Madden* |
| 5 | | Michaela Wallin* |
| 6 | | BERGER MONTAGUE PC |
| | | 1818 Market St., Suite 3600 |
| 7 | | Philadelphia, PA 19103 |
| | | Telephone: (215) 875-3000 |
| 8 | | Facsimile: (215) 875-4604 |
| 9 | | ecramer@bm.net |
| | | mdellangelo@bm.net |
| 10 | | ccoslett@bm.net |
| | | pmadden@bm.net |
| 11 | | mwallin@bm.net |
| 12 | | Sophia M. Rios (305801) |
| 13 | | BERGER MONTAGUE PC |
| | | 12544 High Bluff Drive, Suite 340 |
| 14 | | San Diego, CA 92130 |
| | | Telephone: (619) 489-0300 |
| 15 | | Facsimile: (215) 875-4604 |
| | | srios@bm.net |
| 16 | | |
| 17 | | Daniel J. Walker* |
| | | BERGER MONTAGUE PC |
| 18 | | 2001 Pennsylvania Ave., NW |
| | | Suite 300 |
| 19 | | Washington DC 20006 |
| | | Telephone: (202) 559-9745 |
| 20 | | dwalker@bm.net |
| 21 | | Michael K. Yarnoff** |
| 22 | | KEHOE LAW FIRM, P.C. |
| | | Two Penn Center Plaza |
| 23 | | 1500 JFK Blvd., Suite 1020 |
| | | Philadelphia, PA 19102 |
| 24 | | Telephone: (215) 792-6676 |
| | | myarnoff@kehoelawfirm.com |
| 25 | | |
| 26 | | *Counsel for Sterling International Consulting Group* |
| 27 | | |
| 28 | | |

JOINT STIPULATION AND [PROPOSED] ORDER    -5-    CASE NO.: 5:20-CV-03556-BLF

| | | |
|---|---|---|
| 1 | Dated: February 23, 2021 | GIRARD SHARP LLP |
| 2 | | By: */s/ Dena C. Sharp* |
| 3 | | Dena C. Sharp (State Bar No. 245869)<br>Jordan Elias (State Bar No. 228731) |
| 4 | | Adam E. Polk (State Bar No. 273000)<br>Scott M. Grzenczyk (State Bar No. 279309) |
| 5 | | GIRARD SHARP LLP<br>601 California Street, Suite 1400 |
| 6 | | San Francisco, CA 94108 |
| 7 | | Tel: (415) 981-4800<br>Fax: (415) 981-4846 |
| 8 | | dsharp@girardsharp.com |
| 9 | | jelias@girardsharp.com<br>apolk@girardsharp.com |
| 10 | | scottg@girardsharp.com |
| 11 | | John D. Radice** |
| 12 | | April Lambert**<br>RADICE LAW FIRM, PC |
| 13 | | 475 Wall Street<br>Princeton, NJ 08540 |
| 14 | | Tel: (646) 245-8502<br>Fax: (609) 385-0745 |
| 15 | | jradice@radicelawfirm.com<br>alambert@radicelawfirm.com |
| 16 | | |
| 17 | | Scott L. Silver**<br>SILVER LAW GROUP |
| 18 | | 11780 W. Sample Road<br>Coral Springs, FL 33065 |
| 19 | | Tel: (954) 755-4799<br>ssilver@silverlaw.com |
| 20 | | |
| 21 | | *Counsel for Mark Astarita* |

| | | |
|---|---|---|
| 1 | Dated: February 23, 2021 | KIRBY McINERNEY LLP |
| 2 | | By: */s/ Robert Gralewski* |
| 3 | | Robert J. Gralewski, Jr. (Cal. Bar. #196410)<br>Samantha L. Greenberg (Cal. Bar. #327224) |
| 4 | | KIRBY McINERNEY LLP<br>600 B Street, Suite 2110 |
| 5 | | San Diego, CA  92101<br>619-784-1442 |
| 6 | | bgralewski@kmllp.com<br>sgreenberg@kmllp.com |
| 7 | | |
| 8 | | *Counsel for JLaSalle Enterprises LLC* |
| 9 | Dated: February 23, 2021 | GUSTAFSON GLUEK PLLC |
| 10 | | By: */s/ Dennis Stewart* |
| 11 | | Dennis Stewart (SBN 99152)<br>GUSTAFSON GLUEK PLLC |
| 12 | | 600 B Street<br>17th Floor |
| 13 | | San Diego, CA 92101<br>Telephone: (619) 595-3299 |
| 14 | | dstewart@gustafsongluek.com |
| 15 | | Daniel E. Gustafson* |
| 16 | | Daniel C. Hedlund<br>Daniel J. Nordin |
| 17 | | Ling S. Wang<br>GUSTAFSON GLUEK PLLC |
| 18 | | Canadian Pacific Plaza |
| 19 | | 120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402 |
| 20 | | Telephone: (612) 333-8844<br>dgustafson@gustafsongluek.com |
| 21 | | dhedlund@gustafsongluek.com<br>dnordin@gustafsongluek.com |
| 22 | | lwang@gustafsongluek.com |
| 23 | | Marc H. Edelson, Esq. |
| 24 | | EDELSON LECHTZIN LLP<br>3 Terry Drive |
| 25 | | Suite 205<br>Newtown, PA 18940 |
| 26 | | Telephone: (215) 867-2399 |
| 27 | | Facsimile: (267) 685-0676<br>medelson@edelson-law.com |
| 28 | | |

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
jgrabar@grabarlaw.com

E. Powell Miller
Sharon S. Almonrode***
Emily E. Hughes
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
eeh@millerlawpc.com

Simon Bahne Paris, Esquire
Patrick Howard, Esquire
SALTZ, MONGELUZZI & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

Kenneth A. Wexler
Kara A. Elgersma
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
kae@wexlerwallace.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dianne M. Nast
Daniel N. Gallucci
Joseph N. Roda
NASTLAWLLC
1101 Market Street, Suite 2801
Philadelphia, PA 19106
dnast@nastlaw.com
dgallucci@nastlaw.com
jnroda@nastlaw.com

*Counsel for Mikula Web Solutions, Inc.*

\**Pro Hac Vice*
\*\**Pro Hac Vice* application forthcoming
\*\*\**Pro Hac Vice* application pending

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Justina K. Sessions attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 23, 2021   By: /s/ *Justina K. Sessions*
Justina K. Sessions, State Bar No. 270914

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 23, 2021

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE