[*COUNSEL INFORMATION LISTED ON SIGNATURE PAGES*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | No.: 5:20-cv-08984-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS'** *PRO HAC VICE* **ADMISSIONS** |

**STIPULATION**

WHEREAS on March 10, 2021, the Court consolidated the following Publisher matters:

- *Sweepstakes Today, LLC v. Google LLC et al.*, No. 5:20-cv-08984-BLF
- *Genius Media Group, Inc. et al. v. Alphabet Inc. et al.*, No. 5:20-cv-09092-BLF
- *Sterling International Consulting Group v. Google LLC*, No. 5:20-cv-09321-BLF
- *Astarita v. Google LLC et al.*, No. 5:21-cv-00022-BLF
- *JLaSalle Enterprises LLC v. Google LLC*, No. 5:21-cv-00748-BLF
- *Mikula Web Solutions, Inc. v. Google LLC*, No. 5:21-cv-00810-BLF

into a master consolidated action, *In re Google Digital Publisher Antitrust Litigation,* No. 5:20-cv-08984, and ordered that the *Genius Media*, *Sterling*, *Astarita*, *JLaSalle*, and *Mikula* matters be administratively closed. *Digital Advertising*, Dkt. 114; *Digital Publisher*, Dkt. 49.

WHEREAS certain counsel for plaintiffs in the Publisher matters, applied for and received permission to appear *pro hac vice* to represent their respective clients in the underlying matters as follows:

- *Sweepstakes Today, LLC v. Google LLC et al.*, No. 5:20-cv-08984-BLF
   For Sweepstakes Today, LLC:
    - John C. Herman, admitted on January 26, 2021. *Sweepstakes*, Dkt. 36.
    - Stuart A. Davidson, admitted on February 18, 2021. *Sweepstakes*, Dkt. 46.
- *Genius Media Group, Inc. et al. v. Alphabet Inc. et al.*, No. 5:20-cv-09092-BLF
   For Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.:
    - David Boies, admitted on December 23, 2020. *Genius Media*, Dkt. 21.
    - Philip C. Korologos, admitted on December 23, 2020. *Genius Media*, Dkt. 22.
    - Abby L. Dennis, admitted on December 23, 2020. *Genius Media*, Dkt. 23.
    - Jesse M. Panuccio, admitted on December 23, 2020. *Genius Media*, Dkt. 24.

- *Sabria A. McElroy, admitted on December 23, 2020. Genius Media, Dkt. 25.*
  - Sabria A. McElroy, admitted on December 23, 2020. *Genius Media*, Dkt. 25.
  - George A. Zelcs, admitted on January 4, 2021. *Genius Media*, Dkt. 46.
  - Stephen M. Tillery, admitted on January 4, 2021. *Genius Media*, Dkt. 47.
  - Carol L. O'Keefe, admitted on January 4, 2021. *Genius Media*, Dkt. 48.
  - Robert Litan, admitted on January 4, 2021. *Genius Media*, Dkt. 49.
  - Randall P. Ewing, Jr., admitted on January 4, 2021. *Genius Media*, Dkt. 50.
  - Jamie L. Boyer, admitted on January 4, 2021. *Genius Media*, Dkt. 51.
  - Jonathon D. Byrer, admitted on January 4, 2021. *Genius Media*, Dkt. 52.
  - Ryan Z. Cortazar, admitted on January 4, 2021. *Genius Media*, Dkt. 53.
  - Brianna S. Hills, admitted on March 2, 2021. *Genius Media*, Dkt. 80.
- *Sterling International Consulting Group v. Google LLC*, No. 5:20-cv-09321-BLF

  For Sterling International Consulting Group:
  - Daniel J. Walker, admitted on January 11, 2021. *Sterling*, Dkt. 18.
  - Michael C. Dell' Angelo, admitted on January 11, 2021. *Sterling*, Dkt. 19.
  - Michaela Wallin, admitted on January 11, 2021. *Sterling*, Dkt. 20.
  - Eric L. Cramer, admitted on January 11, 2021. *Sterling*, Dkt. 21.
  - Patrick F. Madden, admitted on January 11, 2021. *Sterling*, Dkt. 22.
  - Caitlin G. Coslett, admitted on February 12, 2021. *Sterling*, Dkt. 38.
- *Mikula Web Solutions, Inc. v. Google LLC*, No. 5:21-cv-00810-BLF

  For Mikula Web Solutions, Inc.:
  - Daniel E. Gustafson, admitted on February 9, 2021. *Mikula*, Dkt. 10.
  - Sharon S. Almonrode, admitted on February 23, 2021. *Mikula*, Dkt. 14.
  - Kenneth A. Wexler, admitted on March 2, 2021. *Mikula*, Dkt. 17.
  - Kara A. Elgersma, admitted on March 2, 2021. *Mikula*, Dkt. 18.

WHEREAS counsel for plaintiff Mark Astarita applied for and received permission to appear *pro hac vice* in *In re Google Digital Advertising Antitrust Litigation*, No. 5:20-cv-03556-BLF, as follows:

For Mark Astarita (along with certain Advertiser Plaintiffs):

- Archana Tamoshunas, admitted on March 2, 2021. *Digital Advertising*, Dkt. 105.
- April D. Lambert, admitted on March 2, 2021. *Digital Advertising*, Dkt. 106.
- John D. Radice, admitted on March 2, 2021. *Digital Advertising*, Dkt. 107.

WHEREAS counsel referenced above respectfully requests continuing permission to appear *pro hac vice* in the master consolidated action, *In re Google Digital Publisher Antitrust Litigation*, No. 5:20-cv-08984, without resubmitting an application for *pro hac vice* admission in the *Digital Publisher* matter.

WHEREAS counsel for Defendants Google LLC, Alphabet Inc. and YouTube LLC do not oppose the request.

THEREFORE, the parties through their respective counsel of record, stipulate as follows:

Attorneys admitted *pro hac vice* in the matters referenced above may continue to appear *pro hac vice* in the master consolidated action, *In re Google Digital Publisher Antitrust Litigation*, No. 5:20-cv-08984, without resubmitting an application for *pro hac vice* admission in the *Digital Publisher* matter.

**SO STIPULATED.**

Dated: March 11, 2021

ROBBINS GELLER RUDMAN
& DOWD LLP

By: */s/ David W. Mitchell*
David W. Mitchell
Steven M. Jodlowski
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

davidm@rgrdlaw.com
sjodlowski@rgrdlaw.com

PAUL J. GELLER**
STUART A. DAVIDSON*
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

John C. Herman*
 (GA Bar No. 348370)
Serina M. Vash**
 (NJ Bar No. 041142009)
HERMAN JONES LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
jherman@hermanjones.com
svash@hermanjones.com

*Counsel for Plaintiff Sweepstakes Today, LLC*

Dated: March 11, 2021                    BOIES SCHILLER FLEXNER LLP

By: */s/ Philip C. Korologos*
Philip C. Korologos*
pkorologos@bsfllp.com
Brianna S. Hills*
bhills@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

David Boies*
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

Mark C. Mao (236165)
mmao@bsfllp.com
Sean P. Rodriguez (262437)
srodriguez@bsfllp.com

| | |
|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP |
| 2 | 44 Montgomery Street, 41st Floor |
|   | San Francisco, CA 94104 |
| 3 | Tel.: (415) 293-6820 / Fax: (415) 293-6899 |
| 4 | Abby L. Dennis* |
|   | adennis@bsfllp.com |
| 5 | Jesse Panuccio* |
|   | jpanuccio@bsfllp.com |
| 6 | BOIES SCHILLER FLEXNER LLP |
| 7 | 1401 New York Avenue, NW |
|   | Washington, DC 20005 |
| 8 | Tel.: (202) 895-7580 / Fax: (202) 237-6131 |
| 9 | Sabria A. McElroy* |
|   | smcelroy@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
| 11 | 401 E. Las Olas Blvd., Suite 1200 |
|   | Fort Lauderdale, FL 33301 |
| 12 | Tel.: (954) 377 4216 / Fax: (954) 356-0022 |
| 13 | George A. Zelcs* |
| 14 | Robert E. Litan* |
|   | Randall P. Ewing* |
| 15 | Jonathon D. Byrer* |
|   | Ryan A. Cortazar* |
| 16 | KOREIN TILLERY LLC |
| 17 | 205 North Michigan Avenue, Suite 1950 |
|   | Chicago, IL 60601 |
| 18 | Tel.: (312) 641-9750 / Fax: (312) 641-9751 |
|   | gzelcs@koreintillery.com |
| 19 | rlitan@koreintillery.com |
|   | rewing@koreintillery.com |
| 20 | jbyrer@koreintillery.com |
| 21 | rcortazar@koreintillery.com |
| 22 | Stephen M. Tillery* |
|   | Michael E. Klenov (277028) |
| 23 | Carol L. O'Keefe* |

STIPULATION AND PROPOSED ORDER RE PHV ADMISSION — -5- — CASE No.: 5:20-cv-08984-BLF

|   |   |   |
|---|---|---|
| 1 |  | Jamie Boyer* |
| 2 |  | KOREIN TILLERY LLC |
|   |  | 505 North 7th Street, Suite 3600 |
| 3 |  | St. Louis, MO 63101 |
|   |  | Tel.: (314) 241-4844 / Fax: (314) 241-3525 |
| 4 |  | stillery@koreintillery.com |
|   |  | mklenov@koreintillery.com |
| 5 |  | cokeefe@koreintillery.com |
|   |  | jboyer@koreintillery.com |

*Counsel for Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

Dated: March 11, 2021                BERGER MONTAGUE PC

By: */s/ Michael C. Dell'Angelo*
Eric L. Cramer*
Michael C. Dell'Angelo*
Caitlin G. Coslett*
Patrick F. Madden*
Michaela Wallin*
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
ccoslett@bm.net
pmadden@bm.net
mwallin@bm.net

Sophia M. Rios (305801)
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Telephone: (619) 489-0300
Facsimile: (215) 875-4604
srios@bm.net

Daniel J. Walker*
BERGER MONTAGUE PC
2001 Pennsylvania Ave., NW
Suite 300
Washington DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

STIPULATION AND PROPOSED ORDER RE PHV ADMISSION         -6-         CASE NO.: 5:20-cv-08984-BLF

|   |   |
|---|---|
| 1 | Michael K. Yarnoff** |
| 2 | KEHOE LAW FIRM, P.C. |
|   | Two Penn Center Plaza |
| 3 | 1500 JFK Blvd., Suite 1020 |
|   | Philadelphia, PA 19102 |
| 4 | Telephone: (215) 792-6676 |
|   | myarnoff@kehoelawfirm.com |
| 5 |   |
|   | *Counsel for Sterling International Consulting Group* |
| 6 |   |
| 7 |   |
| 8 | Dated: March 11, 2021 | GIRARD SHARP LLP |
| 9 | By:  /s/ *Dena C. Sharp* |
|   | Dena C. Sharp (State Bar No. 245869) |
| 10 | Jordan Elias (State Bar No. 228731) |
|   | Adam E. Polk (State Bar No. 273000) |
| 11 | Scott M. Grzenczyk (State Bar No. 279309) |
| 12 | GIRARD SHARP LLP |
|   | 601 California Street, Suite 1400 |
| 13 | San Francisco, CA 94108 |
|   | Tel: (415) 981-4800 |
| 14 | Fax: (415) 981-4846 |
|   | dsharp@girardsharp.com |
| 15 | jelias@girardsharp.com |
|   | apolk@girardsharp.com |
| 16 | scottg@girardsharp.com |
| 17 |   |
| 18 | Scott L. Silver |
|   | SILVER LAW GROUP |
| 19 | 11780 W. Sample Road |
|   | Coral Springs, FL 33065 |
| 20 | Tel: (954) 755-4799 |
|   | ssilver@silverlaw.com |
| 21 |   |
| 22 | *Counsel for Mark J. Astarita* |

| | | |
|---|---|---|
| 1 | Dated: March 11, 2021 | KIRBY McINERNEY LLP |
| 2 | | By: */s/ Robert Gralewski* |
| 3 | | Robert J. Gralewski, Jr. (196410)<br>bgralewski@kmllp.com |
| 4 | | Samantha L. Greenberg (327224)<br>sgreenberg@kmllp.com |
| 5 | | KIRBY McINERNEY LLP<br>600 B Street, Suite 2110 |
| 6 | | San Diego, CA  92101<br>Tel.: (619) 784-1442 |
| 7 | | |
| 8 | | Karen Lerner**<br>klerner@kmllp.com |
| 9 | | Daniel Hume**<br>dhume@kmllp.com |
| 10 | | David Bishop** |
| 11 | | dbishop@kmllp.com<br>Andrew McNeela** |
| 12 | | amcneela@kmllp.com<br>KIRBY McINERNEY LLP |
| 13 | | 250 Park Avenue, Suite 820<br>New York, New York 10177 |
| 14 | | Telephone: (212) 371-6600<br>Facsimile: (212) 751-2540 |
| 15 | | |
| 16 | | HINKLE SHANOR LLP<br>Thomas M. Hnasko |
| 17 | | Michael E. Jacobs<br>218 Montezuma Avenue |
| 18 | | Sante Fe, NM 87501 |
| 19 | | Telephone: (505) 982-4554<br>thnasko@hinklelawfirm.com |
| 20 | | mjacobs@hinklelawfirm.com |
| 21 | | WILLIAMS LAW FIRM |
| 22 | | Kent Williams<br>1632 Homestead Trail |
| 23 | | Long Lake, MN 55356<br>Tel.: (612) 940-4452 / Fax: (952) 283-1525 |
| 24 | | williamslawmn@gmail.com |
| 25 | | *Counsel for JLaSalle Enterprises LLC* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March 11, 2021 | GUSTAFSON GLUEK PLLC |
| 2 | | By: /s/ Dennis Stewart |
| | | Dennis Stewart (99152) |
| | | GUSTAFSON GLUEK PLLC |
| | | 600 B Street |
| | | 17th Floor |
| | | San Diego, CA 92101 |
| | | Telephone: (619) 595-3299 |
| | | dstewart@gustafsongluek.com |
| | | |
| | | Daniel E. Gustafson* |
| | | Daniel C. Hedlund |
| | | Daniel J. Nordin |
| | | Ling S. Wang |
| | | GUSTAFSON GLUEK PLLC |
| | | Canadian Pacific Plaza |
| | | 120 South Sixth Street, Suite 2600 |
| | | Minneapolis, MN 55402 |
| | | Telephone: (612) 333-8844 |
| | | dgustafson@gustafsongluek.com |
| | | dhedlund@gustafsongluek.com |
| | | dnordin@gustafsongluek.com |
| | | lwang@gustafsongluek.com |
| | | |
| | | Marc H. Edelson, Esq. |
| | | EDELSON LECHTZIN LLP |
| | | 3 Terry Drive |
| | | Suite 205 |
| | | Newtown, PA 18940 |
| | | Telephone: (215) 867-2399 |
| | | Facsimile: (267) 685-0676 |
| | | medelson@edelson-law.com |
| | | |
| | | Joshua H. Grabar |
| | | GRABAR LAW OFFICE |
| | | One Liberty Place |
| | | 1650 Market Street, Suite 3600 |
| | | Philadelphia, PA 19103 |
| | | Tel: (267) 507-6085 |
| | | Fax: (267) 507-6048 |
| | | jgrabar@grabarlaw.com |

E. Powell Miller
Sharon S. Almonrode*
Emily E. Hughes
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
eeh@millerlawpc.com

Simon Bahne Paris, Esquire
Patrick Howard, Esquire
SALTZ, MONGELUZZI & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

Kenneth A. Wexler*
Kara A. Elgersma*
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
kae@wexlerwallace.com

Dianne M. Nast
Daniel N. Gallucci
Joseph N. Roda
NASTLAWLLC
1101 Market Street, Suite 2801
Philadelphia, PA 19106
dnast@nastlaw.com
dgallucci@nastlaw.com
jnroda@nastlaw.com

*Counsel for Mikula Web Solutions, Inc.*

| | | |
|---|---|---|
| 1 | Dated: March 11, 2021 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ *Justina K. Sessions*<br>Justina K. Sessions, State Bar No. 270914 |
| 4 | | One Market Plaza<br>Spear Tower, Suite 3300 |
| 5 | | San Francisco, California 94105<br>Telephone: (415) 947-2197 |
| 6 | | Facsimile: (415) 947-2099<br>Email: jsessions@wsgr.com |
| 7 | | |
| 8 | | *Counsel for Defendants Google LLC,*<br>*Alphabet Inc. and YouTube LLC* |
| 9 | | |
| 10 | | *\*Pro Hac Vice as noted above*<br>*\*\*Pro Hac Vice* app. forthcoming |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

(1) The attorneys identified in the Stipulation need not resubmit an application for *pro hac vice* admission in *In re Google Digital Publisher Antitrust Litigation*, No. 5:20-cv-08984, and are deemed admitted *pro hac vice* in the master consolidated action, *In re Google Digital Publisher Antitrust Litigation*, No. 5:20-cv-08984.

(2) The attorneys admitted *pro hac vice* are required to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

SO ORDERED.

DATED: _____                    _____
                                     Hon. Beth Labson Freeman
                                     United States District Court
                                     Northern District of California

# FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Philip C. Korologos attest that concurrence in the filing of:

**STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS'** *PRO HAC VICE* **ADMISSIONS**

has been obtained from each of the other signatories.

Dated: March 11, 2021                     */s/ Philip C. Korologos*
                                          Philip C. Korologos