Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE DIGITAL PUBLISHER
ANTITRUST LITIGATION

This Document is Related to:

*Mikula Web Solutions, Inc. v. Google LLC,*
Case No. 5:21-cv-00810

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 5:20-cv-8984

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Dianne M. Nast, an active member in good standing of the bar of
Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Mikula Web Solutions, Inc. in the
above-entitled action. My local co-counsel in this case is Dennis Stewart, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1101 Market Street, Suite 2801 Philadelphia, Pennsylvania 19107 | 600 B Street, 17th Floor San Diego, California 92101 |
| MY TELEPHONE # OF RECORD: (215) 923-9300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (619) 595-3299 |
| MY EMAIL ADDRESS OF RECORD: dnast@nastlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: dstewart@gustafsongluek.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 24424.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/22/21

Dianne M. Nast
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Dianne M. Nast is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE