| | |
|---|---|
| Philip C. Korologos* | George A. Zelcs* |
| pkorologos@bsfllp.com | gzelcs@koreintillery.com |
| BOIES SCHILLER FLEXNER LLP | Robert E. Litan* |
| 55 Hudson Yards, 20th Floor | rlitan@koreintillery.com |
| New York, New York 10001 | KOREIN TILLERY LLC |
| Tel.: (212) 446-2300 / Fax: (212) 446-2350 | 205 North Michian Ave., Suite 1950 |
| | Chicago, Illinois 60601 |
| Abby L. Dennis* | Tel.: (312) 641-9760 / Fax: (312) 641-9751 |
| adennis@bsfllp.com | |
| BOIES SCHILLER FLEXNER LLP | Carol L. O'Keefe* |
| 1401 New York Avenue, NW | cokeefe@koreintillery.com |
| Washington, DC 20005 | KOREIN TILLERY LLC |
| Tel.: (202) 895-7580 / Fax: (202) 237-6131 | 505 North Seventh St., Suite 3600 |
| | St. Louis, Missouri 63101-1625 |
| Mark C. Mao (236165) | Tel.: (314) 241-4844 / Fax: (314) 241-3525 |
| mmao@bsfllp.com | |
| Sean P. Rodriguez (262437) | Robert J. Gralewski, Jr. (196410) |
| srodriguez@bsfllp.com | bgralewski@kmllp.com |
| BOIES SCHILLER FLEXNER LLP | KIRBY McINERNEY LLP |
| 44 Montgomery Street, 41st Floor | 600 B Street, Suite 2110 |
| San Francisco, CA 94104 | San Diego, CA 92101 |
| Tel.: (415) 293-6820 / Fax: (415) 293-6899 | Tel.: (619) 784-1442 |
| | |
| Eric L. Cramer* | Daniel J. Nordin |
| ecramer@bm.net | dnordin@gustafsongluek.com |
| Caitlin G. Coslett* | GUSTAFSON GLUEK PLLC |
| ccoslett@bm.net | Canadian Pacific Plaza |
| Patrick F. Madden* | 120 South Sixth Street, Suite 2600 |
| pmadden@bm.net | Minneapolis, MN 55402 |
| BERGER MONTAGUE PC | Telephone: (612) 333-8844 |
| 1818 Market Street, Suite 3600 | |
| Philadelphia, PA 19103 | * *Pro Hac Vice* |
| Tel: (215) 875-3000 / Fax: (215) 875-4604 | |
| | Counsel for Publisher Plaintiffs |
| | |
| | [Additional Counsel identified on signature pages] |

| | |
|---|---|
| NTC RE PUBLISHER PLTIFFS' MTN FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL | Case No.: 5:20-cv-08984-BLF |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | No. 5:20-cv-08984-BLF<br><br>**NOTICE REGARDING PUBLISHER PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD PUBLISHER CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)(3)**<br><br>Courtroom: 3, 5th Floor, San Jose<br>Judge: Hon. Beth Labson Freeman |

Plaintiffs Genius Media Group, Inc., Sterling International Consulting Group, The Nation Company, L.P., The Progressive, Inc., Sweepstakes Today, LLC, JLaSalle Enterprises LLC, and Mikula Web Solutions, Inc. (collectively, "Publisher Plaintiffs") respectfully file this notice in connection with Publisher Plaintiffs' Motion for Appointment of Interim Co-Lead Publisher Class Counsel Pursuant to Fed. R. Civ. P. 23(g)(3) (filed at Case No. 20-cv-3556-BLF, ECF No. 101) (the "Co-Lead Motion").

Publisher Plaintiffs attach hereto a proposed order appointing Boies Schiller Flexner LLP ("BSF"), Korein Tillery LLC ("KT"), and Berger Montague PC ("Berger Montague") Interim Co-Lead Publisher Class Counsel and appointing Kirby McInerney LLP and Gustafson Gluek PLLC to serve along with Interim Co-Lead Publisher Class Counsel as members of the Publisher Class Leadership Committee. The proposed order has been revised to address the issues raised by the Court at the March 12, 2021 hearing. In addition, Publisher Plaintiffs provide the following additional information about the identity and roles of the highly-skilled attorneys for the proposed Interim Co-Lead Publisher Class Counsel who will be taking the lead on this case.

### *Boies Schiller Flexner*

The principal BSF team for this matter will be Philip Korologos, Abby L. Dennis, Mark Mao, and Sean Rodriguez.

**Philip Korologos** will lead BSF's team as first chair and will be involved in all facets of the case including case strategy and management, legal and antitrust theories, expert work, discovery, settlement discussions, motion practice, merits briefing, and trial. In addition, Mr. Korologos will serve as principal liaison to the Court and other class and defense counsel—a role he has played for the Publisher Plaintiffs thus far. In addition to his extensive antitrust, class action, and complex litigation experience as further noted in the Co-Lead Motion (including, *e.g.*, a complete defense of American Express in *Ohio v. American Express* and a record-setting settlement for the class in *In re Auction Houses* (with Mr. Boies)), Mr. Korologos has been involved in investigating and evaluating publisher claims since June of 2020 including extensive work on drafting the complaint filed by the Genius Media plaintiffs.

**Abby L. Dennis** will second chair BSF's team and will be involved in all facets of the case including case strategy and management, legal and antitrust theories, expert work, discovery, settlement discussions, motion practice, merits briefing, and trial. Ms. Dennis brings experience in a variety of high-profile antitrust cases on both the plaintiff and defense side including currently representing United HealthCare Services as a plaintiff in *In re Generics Pharmaceuticals Pricing Antitrust Litigation* (E.D. Pa.), *In re Xyrem (Sodium Oxybate) Antitrust Litigation* (N.D. Cal.), *In re Zetia (Ezetimibe) Antitrust Litigation* (E.D. Va.), and Delta Air Lines as a defendant in *In re Domestic Airline Travel Antitrust Litigation* (D.D.C), among others. Ms. Dennis since May of 2020 has helped develop the antitrust theories and draft the *Genius Media* complaint.

**Mark Mao** is a preeminent data privacy and technology lawyer with significant technical understanding of the ad tech stack and Google's business in particular. Mr. Mao will continue to lead BSF's efforts on the factual development of the proposed publisher class's claims. Mr. Mao leads BSF's efforts in a variety of actions against Google relating to data privacy and technology issues, including class actions (*e.g.*, *Brown et al. v. Google* (data collection practices in private browsing mode) (N.D. Cal.); *Rodriguez et al. v. Google* (data collection on mobile devices when users have turned off "Web & App Activity") (N.D. Cal.). Mr. Mao's technical understanding of the online display advertising marketplace has been instrumental in identifying and assessing potential claims against Google including those asserted in the *Genius Media* complaint. Mr. Mao

has liaised with and assisted numerous antitrust regulators in their investigations into Google's conduct. Mr. Mao together with Mr. Rodriguez has been evaluating and developing the factual and legal theories for pursuit of the *Genius Media* claims since October 2019.

**Sean Rodriguez** will continue to focus his efforts on the legal and antitrust theories and working with the proposed publisher class's experts in the prosecution of the claims asserted in the consolidated complaint. Mr. Rodriguez has focused his work at BSF on antitrust matters including his extensive work on the defense in *Ohio v. American Express* (as an associate with Mr. Korologos). Mr. Rodriguez also works with Mr. Mao in leading the Firm's work concerning Google on privacy and technology disputes and successfully represented hundreds of thousands of *au pairs* in wage-fixing class action that resulted in 2019 in one of the largest wage recoveries in several years. Mr. Rodriguez helped develop the antitrust theories and draft the *Genius Media* complaint and has liaised with and assisted numerous antitrust regulators in their investigations into Google's conduct. He has been investigating claims such as those brought against Genius Media for over a year and a half.

*Korein Tillery*

The principal KT litigators for this action will include Carol O'Keefe, George Zelcs, and Robert Litan.

**Carol O'Keefe** has been actively involved in this litigation since May 2020 when she worked with Robert Litan to investigate the ad tech space, develop pertinent antitrust theories, and begin drafting a publisher-focused complaint. Ms. O'Keefe will handle daily case oversight including internal delegation of tasks, and will have primary responsibility for drafting and editing briefs and motions. She will also coordinate and participate in discovery, including depositions and second-level document review, will work with technical and economic experts, and will participate in motion practice and trial. Ms. O'Keefe has both a history of antitrust experience and substantial experience in the investigation and factual development of technology-based claims. She is currently playing an instrumental role in developing the claims of the proposed consumer class in *In re Google Play Consumer Antitrust Litigation*, where she is working directly with lead counsel to develop antitrust theories in the context of the Android operating system and Google

Play store.

**Robert Litan** brings his unique expertise as both an economist and a lawyer to bear on the development of legal theories and economic analyses. Mr. Litan has an extensive background in economics and antitrust law, both as a testifying expert in numerous legal and administrative proceedings, and as a lawyer working with economic experts and overseeing major DOJ antitrust prosecutions. Mr. Litan will work with co-counsel on overall legal and economic strategy, and will work with proposed publisher class's economic experts to develop and explain pertinent antitrust theories and to rebut arguments advanced by Defendants' experts, a role he currently plays in *In re Google Play Consumer Antitrust Litigation* and has been playing throughout the *In re Foreign Exchange Benchmark Litigation*. Mr. Litan will also work on discovery tasks, including discovery demands and subpoenas, and expert deposition preparation.

**George Zelcs** will bring his extensive experience in complex multi-party litigation, including his experience as both co-lead counsel in *Litovich v. Bank of America Corporation* and as a member of the steering committee in *In re Google Play Consumer Antitrust Litigation* to serve the proposed publisher class. Mr. Zelcs will contribute to strategy, legal theory, and settlement discussions, will supervise expenses and the use of KT's resources, including its in-house discovery hosting platform. Mr. Zelcs will also lead KT's efforts on fact development, including reaching out to witnesses and potential experts, and tasking legal analyst investigations. He will aid in the vetting of experts and the preparation of witnesses for deposition and testimony, and will review and edit briefing related to substantive motions, discovery motions, and class certification.

*Berger Montague*

The primary litigation team for Berger Montague shall consist of Caitlin G. Coslett, Eric L. Cramer, and Patrick F. Madden.

**Caitlin G. Coslett** will run the day-to-day oversight of the case on behalf of Berger Montague, work directly with other Interim Co-Lead Publisher Class Counsel for publishers (and the members of the Publisher Class Leadership Committee) and any interim lead or co-lead counsel for advertisers as appropriate, make court appearances, participate in brief drafting and

motion practice, and oversee and participate in factual and expert discovery, including depositions, and oversee trial preparations. Ms. Coslett is a Co-Chair of the firm's Antitrust Department and has a national practice in the field of complex litigation primarily focused on antitrust litigation. She has a substantial track record of significant successes for the classes she represents. For example, she served as class counsel in *In re Lidoderm Antitrust Litig.*, No. 14-MD-2521 (N.D. Cal.), in which the direct purchaser class settled for $166 million, and as co-lead counsel in *In re Solodyn (Minocycline Hydrochloride) Antitrust Litig.*, No. 1:14-md-2503 (D. Mass.), where Ms. Coslett achieved a settlement of over $70 million in 2017.

**Eric L. Cramer** will participate in legal and economic strategy discussions, including among Interim Co-Lead Publisher Class Counsel and, as appropriate, any interim lead or co-lead counsel for advertisers, work on discovery and briefing relating, in particular, to class certification and expert analysis and discovery, and will participate in trial preparations and trial. Mr. Cramer is Berger Montague's Chairman and Co-Chair of its Antitrust Department. He has prosecuted multiple complex antitrust matters, with a focus on monopolization claims. He was co-lead counsel in a Section 2 case relating to the over-the-road fleet payment card market in *Comdata*, which provided for $130 million in cash plus valuable prospective relief that rolled back much of the conduct plaintiffs had challenged. He also litigated as co-lead counsel a monopolization class action against Sanofi Pasteur, which settled for $61.5 million (*Castro v. Sanofi Pasteur, Inc.*, No. 11-cv-7178 (D.N.J.)), and another against Abbott Labs, which settled for $54 million after three days of trial before Judge Wilken. *Meijer v. Abbott Labs.*, Nos. 04-cv-1511, 07-cv-5985 (N.D. Cal.). Mr. Cramer, along with Mr. Dell'Angelo and Mr. Madden, have counseled large sophisticated publishers in assessing potential claims against technology companies relating to the ad tech stack and display advertising, and will bring that experience to bear on behalf of the proposed publisher class here.

**Patrick F. Madden** will participate in development of legal and factual theories, *inter alia*, through oversight and participation in discovery (including, without limitation, depositions and expert discovery) and in working with the firm's client(s), and will participate in brief drafting and motion practice. Mr. Madden has a national practice focusing on antitrust and consumer class action litigation and has spearheaded multiple investigations into the conduct of technology

companies relating to the ad tech stack and display advertising, including many months of work relating to developing this case.

\* \* \*

The co-lead interim counsel firms will utilize the resources of their respective firms as needed to prosecute the proposed publisher class's claims, including:

**Boies Schiller Flexner:** BSF expects to draw significantly on the extensive antitrust, economic analysis, and trial experience of **David Boies**, just as we have in the development of the *Genius Media* claims, including with respect to dispositive or other significant motion practice, and key depositions  Also, BSF expects to draw on **Sabria McElroy**'s experience as a complex commercial litigator including to assist as needed in discovery and fact development and continued management of relations with Genius Media, by far the largest of the currently named Publisher Plaintiffs. **Brianna Hills**, an associate, will also support the BSF team.

**Korein Tillery: Randall Ewing, Jr.** will work on behalf of the proposed publisher class in connection with discovery and motion practice, including class certification, bringing to bear his key roles in *In re Foreign Exchange Benchmark Antitrust Litigation, In re GSE Bonds Antitrust Litigation,* and *In re ICE Libor Antitrust Litigation*. **Ryan Cortazar**, an associate, will also support the KT team.

**Berger Montague: Michael Dell'Angelo**, who has a substantial track record of achieving outstanding recoveries, will work on discovery tasks (including, without limitation, depositions), assist in brief drafting and motion practice, and in working with the firm's client(s).  Associate **Sophia Rios**, who was named one of the "Top 40 Under 40 Business Professionals" by the *San Diego Daily Transcript* in 2020, in part for her leadership on diversity in the legal field, will assist with legal research, document review, deposition preparation, and drafting of motions.

In addition, within each co-lead interim firm, legal analysts, paralegals and support staff shall perform additional work as needed, including legal and factual research, document review, deposition preparation, and administrative tasks.

\* \* \*

Assisting Interim Co-Lead Publisher Class Counsel will be two additional members of the Publisher Leadership Committee—Kirby McInerney, LLP and Gustafson Gluek PLLC—who will work at the direction of Interim Co-Lead Publisher Class Counsel, chiefly regarding factual discovery. Robert J. Gralewski, Jr. will serve as the lead lawyer for Kirby McInerney LLP, while Daniel Nordin will lead Gustafson Gluek's efforts. Their experience and qualifications were summarized in the Co-Lead Motion.

\* \* \*

For the reasons set forth in the prior briefing and at the hearing in connection with Publisher Plaintiffs' Motion for Appointment of Interim Co-Lead Publisher Class Counsel Pursuant to Fed. R. Civ. P. 23(g)(3), Publisher Plaintiffs respectfully request that the Court enter the attached proposed order appointing BSF, Korein Tillery, and Berger Montague Interim Co-Lead Publisher Class Counsel, and appointing Kirby McInerney LLP and Gustafson Gluek PLLC to serve along with Interim Co-Lead Publisher Class Counsel as members of the Publisher Class Leadership Committee. Publisher Plaintiffs are available to provide any additional information the Court may request.

Dated: April 12, 2021    BOIES SCHILLER FLEXNER LLP

By: */s/ Philip C. Korologos*
Philip C. Korologos\*
pkorologos@bsfllp.com
Brianna S. Hills\*
bhills@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

David Boies\*
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

| | |
|---|---|
| 1 | Abby L. Dennis* |
| | adennis@bsfllp.com |
| 2 | Jesse Panuccio* |
| | jpanuccio@bsfllp.com |
| 3 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, NW |
| 4 | Washington, DC 20005 |
| | Tel.: (202) 895-7580 / Fax: (202) 237-6131 |
| 5 | |
| 6 | Mark C. Mao (236165) |
| | mmao@bsfllp.com |
| 7 | Sean P. Rodriguez (262437) |
| | srodriguez@bsfllp.com |
| 8 | BOIES SCHILLER FLEXNER LLP |
| | 44 Montgomery Street, 41st Floor |
| 9 | San Francisco, CA 94104 |
| | Tel.: (415) 293-6820 / Fax: (415) 293-6899 |
| 10 | |
| 11 | Sabria A. McElroy* |
| | smcelroy@bsfllp.com |
| 12 | BOIES SCHILLER FLEXNER LLP |
| | 401 E. Las Olas Blvd., Suite 1200 |
| 13 | Fort Lauderdale, FL 33301 |
| | Tel.: (954) 377 4216 / Fax: (954) 356-0022 |

Dated: April 12, 2021                KOREIN TILLERY LLC

By: */s/ Carol L. O'Keefe*

Stephen M. Tillery*
stillery@koreintillery.com
Michael E. Klenov (277028)
mklenov@koreintillery.com
Carol L. O'Keefe*
cokeefe@koreintillery.com
Jamie Boyer*
jboyer@koreintillery.com
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844 / Fax: (314) 241-3525

George A. Zelcs*
gzelcs@koreintillery.com
Robert E. Litan*
rlitan@koreintillery.com
Randall P. Ewing*
rewing@koreintillery.com
Jonathon D. Byrer*

NTC RE PUBLISHER PLTIFFS' MTN         8          Case No.: 5:20-cv-08984-BLF
FOR APPOINTMENT OF INTERIM
CO-LEAD CLASS COUNSEL

jbyrer@koreintillery.com
Ryan A. Cortazar*
rcortazar@koreintillery.com
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750 / Fax: (312) 641-9751

*Counsel for Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

Dated: April 12, 2021        BERGER MONTAGUE PC

By: */s/ Caitlin G. Coslett*

Eric L. Cramer*
ecramer@bm.net
Michael C. Dell'Angelo*
mdellangelo@bm.net
Caitlin G. Coslett*
ccoslett@bm.net
Patrick F. Madden*
pmadden@bm.net
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000 / Fax: (215) 875-4604

Sophia M. Rios (305801)
srios@bm.net
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel.: (619) 489-0300 / Fax: (215) 875-4604

Daniel J. Walker*
dwalker@bm.net
BERGER MONTAGUE PC
2001 Pennsylvania Ave., NW
Suite 300
Washington, DC 20006
Tel.: (202) 559-9745

Michael K. Yarnoff**
myarnoff@kehoelawfirm.com
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza

1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676

*Counsel for Sterling International Consulting Group*

David W. Mitchell
davidm@rgrdlaw.com
Steven M. Jodlowski
sjodlowski@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Tel.: (619) 231-1058 / Fax: (619) 231-7423

Paul J. Geller**
Stuart A. Davidson*
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel.: (561) 750-3000 / Fax: (561) 750-3364

John C. Herman*
(GA Bar No. 348370)
jherman@hermanjones.com
Serina M. Vash**
(NJ Bar No. 041142009)
svash@hermanjones.com
HERMAN JONES LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
Tel.: (404) 504-6500 / Fax: (404) 504-6501

*Counsel for Plaintiff Sweepstakes Today, LLC*

Robert J. Gralewski, Jr. (196410)
bgralewski@kmllp.com
Samantha L. Greenberg (327224)
sgreenberg@kmllp.com
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, CA 92101
Telephone: (619) 784-1442

Karen Lerner*
klerner@kmllp.com

Daniel Hume**
dhume@kmllp.com
David Bishop**
dbishop@kmllp.com
Andrew McNeela**
amcneela@kmllp.com
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

Thomas M. Hnasko**
thnasko@hinklelawfirm.com
Michael E. Jacobs**
mjacobs@hinklelawfirm.com
HINKLE SHANOR LLP
218 Montezuma Avenue
Sante Fe, NM 87501
Telephone: (505) 982-4554

Kent Williams**
williamslawmn@gmail.com
WILLIAMS LAW FIRM
1632 Homestead Trail
Long Lake, MN 55356
Tel.: (612) 940-4452 / Fax: (952) 283-1525

*Counsel for JLaSalle Enterprises LLC*


Dennis Stewart (99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299

Daniel E. Gustafson*
dgustafson@gustafsongluek.com
Daniel C. Hedlund*
dhedlund@gustafsongluek.com
Daniel J. Nordin*
dnordin@gustafsongluek.com
Ling S. Wang*
lwang@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza

|   |   |
|---|---|
| 1 | 120 South Sixth Street, Suite 2600 |
| 2 | Minneapolis, MN 55402<br>Telephone: (612) 333-8844 |
| 3 | Marc H. Edelson* |
| 4 | medelson@edelson-law.com<br>EDELSON LECHTZIN LLP |
| 5 | 3 Terry Drive, Suite 205<br>Newtown, PA 18940 |
| 6 | Tel.: (215) 867-2399 / Fax: (267) 685-0676 |
| 7 | Joshua H. Grabar* |
| 8 | jgrabar@grabarlaw.com<br>GRABAR LAW OFFICE |
| 9 | One Liberty Place<br>1650 Market Street, Suite 3600 |
| 10 | Philadelphia, PA 19103<br>Tel: (267) 507-6085 / Fax: (267) 507-6048 |
| 11 | |
| 12 | E. Powell Miller*<br>epm@millerlawpc.com |
| 13 | Sharon S. Almonrode*<br>ssa@millerlawpc.com |
| 14 | Emily E. Hughes*<br>eeh@millerlawpc.com |
| 15 | THE MILLER LAW FIRM, P.C. |
| 16 | 950 West University Drive, Suite 300<br>Rochester, MI 48307 |
| 17 | Tel.: (248) 841-2200 / Fax: (248) 652-2852 |
| 18 | Simon Bahne Paris* |
| 19 | sparis@smbb.com<br>Patrick Howard* |
| 20 | phoward@smbb.com<br>SALTZ, MONGELUZZI & BENDESKY, P.C. |
| 21 | One Liberty Place, 52nd Floor<br>1650 Market Street |
| 22 | Philadelphia, PA 19103<br>Tel.: (215) 496-8282 / Fax: (215) 496-0999 |
| 23 | |
| 24 | Kenneth A. Wexler*<br>kaw@wexlerwallace.com |
| 25 | Kara A. Elgersma*<br>kae@wexlerwallace.com |
| 26 | WEXLER WALLACE LLP |
| 27 | 55 West Monroe Street, Suite 3300<br>Chicago, IL 60603 |
| 28 | |

| NTC RE PUBLISHER PLTIFFS' MTN FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL | 12 | Case No.: 5:20-cv-08984-BLF |
|---|---|---|

Dianne M. Nast*
dnast@nastlaw.com
Daniel N. Gallucci*
dgallucci@nastlaw.com
Joseph N. Roda*
jnroda@nastlaw.com
NASTLAWLLC
1101 Market Street, Suite 2801
Philadelphia, PA 19106

*Counsel for Mikula Web Solutions, Inc.*

*Pro Hac Vice
** *Pro Hac Vice* pending

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Philip C. Korologos attest that concurrence in the filing of:

**NOTICE REGARDING PUBLISHER PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD PUBLISHER CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)(3)**

has been obtained from each of the other signatories.

Dated: April 12, 2021                     /s/ *Philip C. Korologos*
                                          Philip C. Korologos